AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>CHARLTON EDWARD LA CHASE<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  19-062-SMM |

FILED BY ___ D.C.
MAY 24 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **between May 2 and May 8, 2019** in the county of **St. Lucie** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Threatening Communications |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Nicholas Schnelle, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 24, 2019

*Judge's signature*

City and state:   Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Nicholas Schnelle, being duly sworn, do state and attest as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since May 2016. I am currently assigned to Miami division, Fort Pierce Resident Agency. I have primarily been assigned to investigations dealing with violent crimes, drug trafficking and both domestic and international terrorism. As a federal law enforcement officer, I have conducted investigations of, and have been instructed in, investigative techniques concerning terrorism and interstate threats to harm others, activities that are criminal offenses in violation of Title 18, United States Code, Section 875(c).

2. This Affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers, and/or other witnesses. This Affidavit does not purport to contain all the information known to me about this case, but addresses only that information necessary to support a finding of probable cause for the issuance of a Criminal Complaint against Charlton Edward LA CHASE, for transmitting in interstate or foreign commerce any communication containing any threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

3. On July 31, 2018, in case number 18-14011-cr-Rosenberg/Maynard(s) in the Southern District of Florida, LA CHASE pled guilty to two counts of transmitting threats through interstate and foreign communications, in violation of Title 18, United States Code, Section 875(c). On January 29, 2019, LA CHASE was committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months as to each count to run concurrently, followed by 3 years of supervised release. As a special condition of supervised release, La Chase is to have no personal, mail, telephone, or computer contact with the victims of the threats underlying his convictions. LA CHASE is scheduled to be released from Federal Correction Institution (FCI) Jessup, Georgia on May 26, 2019.

4. On May 23, 2019, the FBI Fort Pierce Resident Agency was notified by the Bureau of Prisons Counter-Terrorism Unit about emails sent by LA CHASE from FCI Jessup, Georgia, to the email address of a cooperating witness (CW) in St. Lucie County, Florida. CW is the victim and recipient of the

threats that resulted in LA CHASE'S current convictions.

5. The statements made by LA CHASE in the emails include the following: "LAST DAY ON MAY 25…. I ALREADY PLANNING WHERE I WILL DO ON OLSO RD BRIDGE/1-95"; "you will see my name on tv channel////…good lucky….you will gonna cried"; "I don't care you say (you will d..); "you did not answer my question…..do my name on terrorism list? Terrorism watch? you still talk bullshit..you stated (you are not on the no fly list) I did called to TSA they responded to me your name is on no fly list since feb 4 2018………you made liar to me….you threatened me (you will die)"; "AFTER MAY 24 YOU WILL REALIZE AND LEARN LESSON"; "no not finish I will do threat to you again"; "cause I turn depressed and i refused to go medical until my health worse… do not insult me (you will die)". The above-stated email communications from La Chase, in FCI Jessup, Georgia to CW, who in fact did receive the threatening communications, in St. Lucie County, Florida occurred from about May 2, 2019 to about May 8, 2019.

6. Based on the foregoing facts, I submit that probable cause exists to believe that Charlton Edward LA CHASE, did transmit in interstate commerce, a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Nicholas Schnelle
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 24th day of May 2019
at Fort Pierce, Florida.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____19-062-SMM_____

UNITED STATES OF AMERICA

v.

CHARLTON EDWARD LA CHASE

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:  _____
ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   763012
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:   (561) 820-8777
Email:   rolando.garcia@usdoj.gov