UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62-CR-SMM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLTON LACHASE,

    Defendant.

_____/

**MOTION TO DETERMINE COMPETENCY OF THE DEFENDANT**

    The Federal Public Defender, through his undersigned assistant, requests pursuant to 18 U.S.C. § 4241, that the Court determine whether Mr. LaChase is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. As grounds, counsel states:

    1.    Mr. LaChase is charged by complaint with transmitting in interstate commerce a threat to injure another with two counts of conveying false threats in violation of 18 U.S.C. § 875(c). Specifically, the government alleges that Mr. LaChase sent, by email, at least one threat to harm his sister in another state.

    2.    The undersigned represented Mr. LaChase on prior charges of threatening his sister in Case No. 18-14011-cr-RLR. During that representation, the undersigned had good reason to question Mr. LaChase's competency to proceed. Mr. LaChase was evaluated for competency and found competent, if marginally so.

The undersigned has consulted with Mr. LaChase since his arrest in this case, and again has concerns as to whether Mr. LaChase is competent to proceed.

3. Due to Mr. LaChase's physical disabilities of deafness and partial blindness, there are very few psychologists qualified to conduct such an evaluation. Fortunately, there is a qualified psychologist here in South Florida. Dr. Shana Williams, Psy.D., is a forensic psychologist who is also fluent in American Sign Language. She previously evaluated Mr. LaChase in his prior case.

4. The undersigned has discussed this request with the government and the government has no objection to the appointment of Dr. Williams to conduct a competency evaluation of Mr. LaChase. Further the government concurs that such an evaluation is advisable before proceeding further in the case. Both parties reserve the right to contest Dr. Williams' findings and conclusions prior to the Court determining the issue of competency.

WHEREFORE the undersigned requests that the Court Appoint Dr. Shana Williams, Psy.D., to evaluate Mr. LaChase for competency under 18 U.S.C. 4241(b). The undersigned further requests that, after such evaluation and opportunity for the parties to respond to the report, the Court conduct a hearing, pursuant to 18 U.S.C. 4247(d), to determine whether Mr. LaChase suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Upon such finding, the undersigned further requests that the Court commit Mr. LaChase to the custody of the Attorney General for hospitalization in a suitable facility for such reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that

in the foreseeable future he will attain the capacity to permit the proceedings to go forward..

                                Respectfully submitted,

                                MICHAEL CARUSO
                                FEDERAL PUBLIC DEFENDER

By:   *s/Fletcher Peacock*
        Fletcher Peacock
        Assistant Federal Public Defender
        Florida Bar No. 441996
        109 North Second Street
        Fort Pierce, Florida 34950
        Tel: 772-489-2123
        Fax: 772-489-3997
        E-Mail: Fletcher_Peacock@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on June 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              By:  *s/Fletcher Peacock,* AFPD
                                    Fletcher Peacock

## SERVICE LIST

## UNITED STATES v. CHARLTON LACHASE
## Case No. 19-62-CR-MAYNARD
## United States District Court, Southern District of Florida

**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for LaChase
Notices of Electronic Filing


**Rolando Garcia**
**Rolando.garcia@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
500 S. Australian Ave., Suite 500
Fort Pierce, Florida 33401
Tel:  561-820-8711
Notice of Electronic Filing