UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-14040-Cr-Moore/Maynard

18 U.S.C. § 875(c)

UNITED STATES OF AMERICA

vs.

CHARLTON EDWARD LA CHASE,

Defendant.
_____/

FILED BY ___TM___ D.C.

Aug 8, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### Transmitting Threats Through
### Interstate and Foreign Communications
### (18 U.S.C. § 875(c))

On or about May 2, 2019, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLTON EDWARD LA CHASE,**

did knowingly transmit in interstate commerce from Georgia to Florida a communication containing a true threat to injure the person of another, in that he sent an email message that stated, "I don't care you say (you will d..)," with the intent to communicate a true threat and with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### Transmitting Threats Through
### Interstate and Foreign Communications
### (18 U.S.C. § 875(c))

On or about May 3, 2019, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLTON EDWARD LA CHASE,**

did knowingly transmit in interstate commerce from Georgia to Florida a communication containing a true threat to injure the person of another, in that he sent an email message that stated, "cause I turn depressed and i refused to go medical until my health worse…do not insult me (you will die)," with the intent to communicate a true threat and with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### Transmitting Threats Through
### Interstate and Foreign Communications
### (18 U.S.C. § 875(c))

On or about May 7, 2019, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLTON EDWARD LA CHASE,**

did knowingly transmit in interstate commerce from Georgia to Florida a communication containing a true threat to injure the person of another, in that he sent an email message that stated, "you did not answer my question…..do my name on terrorism list?  Terrorism watch?  you still talk bullshit…you stated (you are not on the no fly list) I did called to TSA they responded to me your name is on no fly list since feb 4 2018….you made liar to me….you threatened me (you will

2

die)," with the intent to communicate a true threat and with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA               CASE NO. _____

vs.
                                       **CERTIFICATE OF TRIAL ATTORNEY***
**CHARLTON EDWARD LA CHASE,**

   **Defendant.**
                                    /  **Superseding Case Information:**
_____

**Court Division**: (Select One)          New Defendant(s) ____ Yes ___No___
                                          Number of New Defendants _____
   Miami ____    Key West ____           Total number of counts _____
   FTL ____      WPB ____    FTP _X_

   I do hereby certify that:
   1.  I have carefully considered the allegations of the indictment, the number of defendants, the number
       of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

   2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this
       Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial
       Act, Title 28 U.S.C. Section 3161.

   3.  Interpreter:     (Yes or No)      __Yes__
       List language and/or dialect      __American Sign Language__

   4.  This case will take    __5__    days for the parties to try.

   5.  Please check appropriate category and type of offense listed below:
       (Check only one)                          (Check only one)

   I    0 to 5 days         _X_                  Petty       ____
   II   6 to 10 days        ____                 Minor       ____
   III  11 to 20 days       ____                 Misdem.     ____
   IV   21 to 60 days       ____                 Felony      _X_
   V    61 days and over    ____

   6.  Has this case been previously filed in this District Court?  (Yes or No)   __No__
       If yes:
       Judge: _____  Case No. _____
       (Attach copy of dispositive order)
       Has a complaint been filed in this matter?    (Yes or No)   __Yes__
       If yes:
       Magistrate Case No.                   19-mj-00062-SMM
       Related Miscellaneous numbers:        _____
       Defendant(s) in federal custody as of 05-24-2019
       Defendant(s) in state custody as of   _____
       Rule 20 from the                      District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

   7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office
       prior to October 14, 2003? ____Yes  _X_ No

   8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office
       prior to September 1, 2007? ____Yes  _X_ No

                                       _____
                                       ROLANDO GARCIA
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Florida Bar No. 763012

Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CHARLTON EDWARD LA CHASE

**Case No:** _____

Counts #: 1-3

Transmitting Threats Through Interstate and Foreign Communications

Title 18, United States Code, Section 875(c)

**\*Max. Penalty:** 5 Years' Imprisonment; $250,000 Fine; and 3 Years' Supervised Release

Count #:

_____

**\*Max. Penalty:**

Count #:

_____

**\*Max. Penalty:**

Count #:

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**