# US DISTRICT COURT
## SOUTHERN DISTRICT OF Florida
### CASE: 2:19-cr-14040-KMM

USA,
   Plaintiff

V.

FILED BY _PG_ D.C.

JUL 17 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Charlton Edward LaChase,
   Defendant

## Motion to Compassionate release

I am Deaf, mute, and legally Blind. I have been locked up since February 4, 2018 I was scheduled to be released in May 24, 2019 but instead of being released. I was re-arrested and prevented from going home, Basically, my Sister emailed that I should get (medical or I would die) and I simply retarted "No, you will die" and charged with making a threat. My mom is over 65 years old and has very bad heart and Serious knee Condition. She is weak after to get Sry coss Undergone Surgery for both. My mother's health Continues to get Worst while I am in federal Custody and there is none to care for her. I was staying with her before my initial request and was assisting her Since She is Not able to lift anything more than 15 lbs Now She Continues to grow in age While her health Worsten with none to take care of Her.

For this reason I am requesting
a Compassionate release so that I
can tend to my mother

I ask Court to grant this motion
to release and use Gps Ankle Monitor
at home to care my mother and Court
will contuine for Competency hearing, plea,
Sentence. Thank you

Charlton LaChase # 17080104
DC Miami
DC Box 19120
Miami FL 33101

US Courthouse
400 N. Miami Ave,
Room 8N09
Miami FL 33128

33128-180543

MIAMI FL 331
08 JUL 2020 PM 4 L

USMS
INSPECTED

RECEIVED

JUL 17 2020
1:00 PM