## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14040-CR-MOORE/MAYNARD

**UNITED STATES OF AMERICA,**

**v.**

**CHARLTON EDWARD LA CHASE**

    **Defendant.**

_____ /

### UNITED STATES' RESPONSE TO DEFENDANT'S
### MOTION FOR COMPASSIONATE RELEASE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this response to the defendant's motion for compassionate release. Despite being represented by counsel, the defendant filed the motion on his own. The Court should deny the motion pursuant to Local Rule 11.1(d)(4). In any event, compassionate release under 18 U.S.C. § 3582(c)(1)(A) does not apply in this case.

On May 24, 2019, the defendant was release from FCI Jessup, Georgia after serving an 18 month prison sentence in U.S. v. La Chase, 18-14011-CR-ROSENBERG/MAYNARD(s). Later that day he was arrested in connection with the instant case.

On May 28, 2019, the Federal Public Defender's Office was appointed to represent the defendant in the present case. He is currently represented by counsel. On July 17, 2020, the defendant filed a motion for compassionate release on his own.

The defendant's motion should be denied pursuant to Local Rule 11.1(d)(4). That rule precludes the defendant from appearing or acting on his own behalf.

Furthermore, since the defendant is not serving a sentence in the Bureau of Prisons, compassionate release under 18 U.S.C. § 3582(c)(1)(A) does not apply.

**CONCLUSION**

The government respectfully requests that the Court deny the defendant's motion for compassionate release for the previously state reasons.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:     /s/*Rolando Garcia*
ROLANDO GARCIA
Assistant United States Attorney
Florida Bar No. 0763012
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: 561 820-8711/Fax 561 820-8777
rolando.garcia@usdoj.gov

**Certificate of Service**

**I HEREBY CERTIFY** that on July 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Rolando Garcia*
Rolando Garcia
Assistant United States Attorney

˅2˅