**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-14040-CR-MOORE/MAYNARD**

**UNITED STATES OF AMERICA,**

v.

**CHARLTON EDWARD LA CHASE**

    **Defendant.**
_____ /

**JOINT POSITION REGARDING COMPETENCY**
**TO PROCEED TO TRIAL**

The United States hereby files this joint position regarding the competency of the defendant to proceed to trial having conferred with defense counsel.

Pursuant to Title 18, United States Code, Section 4241(e), a Certificate of Restoration of Competency to Stand Trial was filed by the director of the facility in which the defendant was hospitalized.

The United States agrees with the findings and opinions set forth in the forensic evaluation report of the defendant that is attached to the Certificate of Restoration of Competency to Stand Trial. The defense does to contest said findings and opinions. The parties will rely on the forensic evaluation report as evidence at the competency hearing. The parties will not be offering further evidence at the competency hearing. Therefore, the parties will urge the Court to find by a preponderance of the evidence that the defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and order the defendant's immediate discharge from the facility he was hospitalized

and set further proceedings in this matter.

                                         Respectfully submitted,

                                         ARIANA FAJARDO ORSHAN
                                         UNITED STATES ATTORNEY

                          By:    /s/*Rolando Garcia*
                                ROLANDO GARCIA
                                Assistant United States Attorney
                                Florida Bar No. 0763012
                                500 South Australian Avenue, Suite 400
                                West Palm Beach, FL 33401
                                Telephone: 561 820-8711/Fax 561 820-8777
                                rolando.garcia@usdoj.gov

## Certificate of Service

**I HEREBY CERTIFY** that on September 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                           */s/ Rolando Garcia*
                                           Rolando Garcia
                                           Assistant United States Attorney