UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14040-CR-MOORE/MAYNARD

UNITED STATES OF AMERICA

vs.

CHARLTON EDWARD LA CHASE,
    Defendant.
_____/

## GOVERNMENT FACTUAL PROFFER FOR PLEA

The government would prove the following facts at trial:

1. On July 31, 2018, in case number 18-14011-cr-Rosenberg/Maynard(s) in the Southern District of Florida, the defendant pled guilty to two counts of transmitting threats through interstate and foreign communications, in violation of Title 18, United States Code, Section 875(c). On January 29, 2019, the defendant was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 18 months as to each count to run concurrently, followed by 3 years of supervised release. The defendant was subsequently transferred to FCI Jessup, Georgia to serve his sentence of imprisonment.

2. On May 23, 2019, the FBI Fort Pierce Resident Agency was notified by the Bureau of Prisons about emails sent by the defendant from FCI Jessup, Georgia to the email address of the victim in St. Lucie County, Florida. The victim was the recipient of the threats that resulted in the defendant's conviction in case number 18-14011-cr-Rosenberg/Maynard(s).

3. In an email from the defendant to the victim on May 2, 2019, the defendant stated, "I don't care you say (you will d..)." In an email from the defendant to the victim on May 3, 2019, the defendant stated, "cause I turn depressed and I refused to go to medical until my health worse…do not insult me (you will die)." In an email from the defendant to the victim on May 7,

2019, the defendant stated, "you did not answer my question…..do my name on terrorism list? Terrorism watch? You still talk bullshit…you stated (you are not on the no fly list) I did called to TSA they responded to me your name is on no fly list since feb 2 2018…you made liar to me (you will die)."

4. The emails were sent from the defendant while he was incarcerated at FCI Jessup, Georgia located in Jessup, Georgia to the victim who was located in St. Lucie County, Florida in the Southern District of Florida.

5. On May 24, 2019, the defendant was released from FCI Jessup, Georgia after serving his term of imprisonment in case number 18-14011-cr-Rosenberg/Maynard(s). Later that day, the defendant was arrested in Fort Pierce, Florida on the present charges.