```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
                     CASE NO. 19--CR-KMM


UNITED STATES OF AMERICA,

          Plaintiff,                       DECEMBER 19, 2019

     vs.
                                           FORT PIERCE, FLORIDA
CHARLTON LA CHASE,

          Defendant.                       PAGES 1 - 8
_____/



           TRANSCRIPT OF STATUS CONFERENCE HEARING
            BEFORE THE HONORABLE K. MICHAEL MOORE
                 UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE PLAINTIFF:      MICHAEL PORTER, AUSA
                        Office of U.S. Attorney
                        101 South US Highway One
                        Suite 3100
                        Fort Pierce, Florida  34950




FOR THE DEFENDANT:      FLETCHER PEACOCK, AFPD
                        Office of U.S. Public Defender
                        109 North 2nd Street
                        Fort Pierce, Florida  34950




REPORTED BY:            DIANE MILLER, RMR, CRR
                        Official Court Reporter
                        701 Clematis Street
                        West Palm Beach, FL  33401
                        (561)514-3728
                        diane_miller@flsd.uscourts.gov
```

Thursday, December 19, 2019.

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2           THE COURTROOM DEPUTY:  United States versus Charlton
 3  La Chase.  Counsel state your appearances please.
 4           MR. PORTER:  Good morning, Your Honor; Michael Porter
 5  on behalf of the United States.
 6           THE COURT:  Good morning.
 7           MR. PEACOCK:  Good morning, Judge; Fletcher Peacock
 8  on behalf of Mr. La Chase, who is at the federal medical
 9  facility in Butner, North Carolina.
10           THE COURT:  Okay.  So we set this down for a status
11  conference.
12           MR. PEACOCK:  Yes, sir.
13           THE COURT:  What is the status?
14           MR. PORTER:  Judge, as of right now, my understanding
15  is that Butner has calculated the evaluation period for
16  Mr. La Chase to end on April 2nd of 2020, and they have advised
17  that they will have a report within 14 days of that.
18           THE COURT:  Okay.
19           Do you agree?
20           MR. PEACOCK:  I'm sorry, sir?
21           THE COURT:  Do you agree?
22           MR. PEACOCK:  Yes, sir.  I did get that information.
23           THE COURT:  Okay.  So what do we need to do now?
24           MR. PEACOCK:  If I may, Judge, this case is kind of
25  complicated.  The reason I'm aware of this is Mr. La Chase had
```

```
 1  a prior proceeding in front of Judge Rosenberg somewhat
 2  similar.  Mr. La Chase is -- Mr. La Chase is totally deaf, and
 3  he also suffers from what is called "Usher Syndrome," which is
 4  a tunneling of the vision, a progressive blindness; and so that
 5  presents certain logistical problems I think the Court should
 6  be aware of and perhaps we should address during this time
 7  period while Mr. La Chase in Butner.
 8           In particular, the logistics of court hearings are
 9  very difficult.  If this case proceeds to trial, which I think
10  there is a chance that it will, there are certain things that,
11  you know, would be different from a regular trial.  In other
12  words, we need a -- we need a number of American Sign Language
13  interpreters.  I would need one personally full-time during the
14  trial which I can handle through my office, but I think the
15  Court would need probably three to four because they can only
16  go for 20 to 30 minutes at a time without being spelled by
17  another interpreter.  So I know Your Honor runs a pretty
18  complete schedule during the week during trial, so we have to
19  think along those lines.
20           We also need, from my research --
21           THE COURT:  How long do you anticipate the case
22  lasting?
23           MR. PEACOCK:  It is not a long trial; factually, it
24  is quick.
25           THE COURT:  How many witnesses do you have?
```

Thursday, December 19, 2019.

```
1              MR. PORTER:  I think it would take two days to try,
2    Judge.
3              THE COURT:  That's probably a day, right?
4              MR. PEACOCK:  A day for the evidence, yes, sir.
5              THE COURT:  All right.
6              MR. PEACOCK:  I think that's probably pretty
7    accurate, but we still have the same logistical problems for
8    that day, in other words.  So my suggestion would be that we
9    get the court executive involved in this.
10             I have not done one of these trials where we have a
11   deaf defendant.  I have had a deaf witness on the stand before
12   and that really wasn't too difficult, but a deaf defendant is a
13   little difficult.  For instance, I need to be able to confer
14   with him out of the sight of other persons in the courtroom
15   because, obviously, the sign language is visible to everyone
16   there.
17             In my research, it has also been suggested that the
18   trial should be videotaped because much of it is done in sign
19   language to create a record.  So my suggestion is we get the
20   Court executive involved.  I did speak with the court executive
21   in the last case.  They were very helpful.  They have done a
22   couple of these and know more about it than I do.  I don't know
23   if Your Honor has conducted one of these before.
24             THE COURT:  No, I haven't, not that I recall, but I
25   would.
```

Thursday, December 19, 2019.

```
1              MR. PEACOCK:  I think you would, Judge.
2              What we might do is set a status maybe for the --
3    when would Your Honor be back this way, do you know?  I could
4    come to Miami.
5              THE COURT:  I can come here any time either.  I don't
6    mind, under the circumstances, whether if it did make sense to
7    have it in Miami because of the special circumstances, we could
8    do that as well, but we are not going to know anything yet
9    until the next competency --
10             MR. PORTER:  Until the report comes back.
11             THE COURT:  And that's when?
12             MR. PORTER:  April 12, Your Honor.
13             THE COURT:  April 12th.  Are you comfortable with
14   having him remain incarcerated until that report is done?
15             MR. PORTER:  Yes, Your Honor.
16             THE COURT:  All right.  So we could set it for trial.
17   Do you have any objection to Miami?
18             MR. PORTER:  I don't, Judge.  I am filling in for
19   Mr. Rolando Garcia today.  I don't believe Mr. Garcia would
20   have any objection to Miami.
21             THE COURT:  Normally, I would try it here; but if we
22   are going to need multiple sign language interpreters, I think
23   we would have accessibility to more of them in Miami, and it
24   would reduce the costs because of that.
25             Let me also -- not to preclude the trial on this, but
```

```
 1  when did he start serving any period of incarceration for
 2  even -- for the competency?  When was he taken into custody?
 3          MR. PEACOCK:  Your Honor, I apologize, I don't have
 4  that date at hand.
 5          THE COURTROOM DEPUTY:  The indictment was August
 6  22nd, you signed the report and recommendation on --
 7          MR. PORTER:  Judge, the letter I have from Butner
 8  states that he was admitted to the mental health unit at FMC
 9  Butner on December 5th.
10          THE COURT:  But he was in custody well before then.
11          MR. PORTER:  Yes, yes, Your Honor.  He has been in
12  custody I think the entire time since the indictment.
13          THE COURT:  And do you have any idea of what kind of
14  time he is looking at?
15          MR. PORTER:  Judge, I think -- and Mr. Peacock can
16  correct me if I'm wrong, I think he would have a guideline
17  range around two to three years.  He does have a prior
18  conviction for the same thing, so it might be a little bit
19  higher because of that; but I think it is in that two to three,
20  perhaps two- to four-year range.
21          MR. PEACOCK:  I was going to say 24 to 30 months,
22  Judge.
23          THE COURT:  Okay.  All right.  So, you know, why
24  don't we go ahead then and plan for having another status
25  conference after we get the competency evaluation back.  We
```

Thursday, December 19, 2019.

```
 1  will plan on having it in Miami; and between now and then, you
 2  can get with opposing Counsel and with the interpreter section
 3  for the court and work with the courtroom deputy, the court
 4  executive and make the arrangements for the court interpreters
 5  or the sign language interpreters.  And if we need to look into
 6  videotaping the proceedings, we can do that as well.  I
 7  permanently have no -- normally, we don't do that, but I think,
 8  under the circumstances, you make a good point.  If the
 9  Government -- you might want to put something in writing to
10  request that it be with whatever supporting authority there is
11  for it and --
12          MR. PEACOCK:  Yes, sir.
13          THE COURT:  -- give the Government an opportunity to
14  respond either agreeing or opposing it, and I'll make a call.
15  But on the surface, it sounds like it is a legitimate request,
16  but I don't want to prejudge it.
17          MR. PEACOCK:  Very good, sir.  And when I dealt with
18  the circuit executive before, they were very helpful, friendly;
19  but I think with your input, they might be even more
20  responsive?
21          THE COURT:  The circuit or district.
22          MR. PEACOCK:  I mean the district.  I'm sorry, I
23  misspoke.
24          THE COURT:  Okay.
25          MR. PEACOCK:  Thank you, Judge.
```

Thursday, December 19, 2019.

```
1              THE COURT:  Thank you.  Anything further on that?
2              MR. PORTER:  No, Your Honor; thank you.
3         (PROCEEDINGS ADJOURNED AT 9:30 a.m.)
4                        C-E-R-T-I-F-I-C-A-T-E
5              I hereby certify that the foregoing is an accurate
6    transcription and proceedings in the above-entitled cause.
7    11/6/2020                  /s/ DIANE M. MILLER
     DATE                       DIANE M. MILLER, RMR, CRR
8                               Official Court Reporter
                                United States District Courthouse
9                               701 Clematis Street
                                West Palm Beach, FL  33401
10                              (561)514-3728
```

Thursday, December 19, 2019.