UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-14040-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLTON EDWARD LA CHASE,

    Defendant.
_____/

**MOTION TO UNSEAL**

    Defendant, Charlton Edward La Chase, by and through undersigned counsel, hereby requests that the *Ex Parte* Hearing on July 8, 2020 and *Ex Parte* Status Hearing on August 20, 2020, be unsealed for the purpose of providing his appellate counsel and the Eleventh Circuit Court of Appeals with a complete record on appeal, and in support thereof, states as follows:

    1.    Undersigned counsel has just been informed by the court reporter that the *Ex Parte* Hearing on July 8, 2020 and *Ex Parte* Status Hearing on August 20, 2020 were previously sealed, and must be unsealed by order of the Court before it may be filed.

    2.    The government has no objection to the requested relief.

    WHEREFORE, the defendant requests that this Court unseal the *Ex Parte* Hearing on July 8, 2020 and *Ex Parte* Status Hearing on August 20, 2020 be unsealed, so that undersigned counsel may consider that transcript in determining the issue(s)

to be raised on Mr. La Chase's behalf on appeal, and provide a complete record to the Court of Appeals.

          Respectfully submitted,

          MICHAEL CARUSO
          Federal Public Defender

By:   s/Fletcher Peacock
      Assistant Federal Public Defender
      Florida Bar No. 441996
      109 North 2nd Street
      Fort Pierce, Florida  34950
      (772) 489-2123 - Telephone
      (772) 489-3997 - Fax
      Fletcher_Peacock@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By  *s/Fletcher Peacock*
              Fletcher Peacock